UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

| | |
|---|---|
| Number | 3780774 |
| Check Date | 10/13/2017 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Wanda Wilson
311 Hamilton Drive
Harleysville, PA 19438
US

**Net Pay  2446.48**

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Wanda Wilson | ▬▬▬ | 510157 | PMC | P4152 | 10/07/2017 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 72.00 | 3995.80 | 37641.56 |
| Total Deductions | | 1545.32 | 14468.79 |
| Total Net | | 2446.48 | 21569.55 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Additional Charge RN Pay | | | | 13.05 |
| Bereavement Pay | | | | 387.59 |
| Imputed Income | | 4.00 | 4.00 | 81.55 |
| Legal Holiday | | | | 760.93 |
| Personal Holiday | | | | 1139.81 |
| Regular Pay | 60.00 | 48.21 | 3326.50 | 22474.20 |
| Sick Pay | | | | 5790.07 |
| Training Pay On Job | | | | 823.86 |
| Tuit Grad CityState-Any School | | | | 1521.67 |
| Vacation Pay | 12.00 | 48.21 | 665.30 | 4648.83 |
| Total | 72.00 | | 3995.80 | 37641.56 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 679.58 | 5966.47 |
| MEDICARE TAX EE PAID | 56.89 | 510.53 |
| PA Unemployment EE | 2.80 | 26.35 |

| | Current | Year to Date |
|---|---|---|
| PENNSYLVANIA STATE TAX | 120.34 | 1125.14 |
| PHILADELPHIA TAX | 138.47 | 1306.92 |
| SOCIAL SECURITY TAX - Employee | 243.29 | 2182.98 |
| Total | 1241.37 | 11118.39 |

Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 1.94 | 28.02 |
| *DC EE A Vanguard | 150.00 | 1500.00 |
| *Davis Prem Vision | 2.03 | 28.42 |
| *Delta Dental | 6.35 | 83.25 |
| *Penn Care | 61.57 | 770.91 |
| Total | 221.89 | 2410.60 |

Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Short Term Disability Post Tax | 21.69 | 274.07 |
| Supplemental Life Insurance | 24.51 | 307.13 |
| Vanguard 403(b) Loan 1 | 20.17 | 201.70 |
| Vanguard 403(b) Loan 2 | 15.69 | 156.90 |
| Total | 82.06 | 939.80 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx4829 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx8714 | U OF P FEDERAL CR UNION | 375.00 |
| xxxxx5689 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5428 | BENEFICIAL SAVINGS BANK | 2071.48 |

UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number          3802652
Check Date      10/27/2017

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Wanda Wilson
311 Hamilton Drive
Harleysville, PA 19438
US

**Net Pay** 2384.66

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|------|---------------|-----------------|---------------|------------|------------|
| Wanda Wilson | ~~~~~ | 510157 | PMC | P4152 | 10/21/2017 |

Summary

| Description | Hours | Current | Year to Date |
|-------------|-------|---------|--------------|
| Total Gross | 72.00 | 3995.80 | 41637.36 |
| Total Deductions | | 1607.14 | 16075.93 |
| Total Net | | 2384.66 | 23954.21 |

Earnings

| Description | Hours | Rate | Current | Year to Date |
|-------------|-------|------|---------|--------------|
| Additional Charge RN Pay | | | | 13.05 |
| Bereavement Pay | | | | 387.59 |
| Imputed Income | | 4.00 | 4.00 | 85.55 |
| Legal Holiday | | | | 760.93 |
| Personal Holiday | | | | 1139.81 |
| Regular Pay | 48.00 | 48.21 | 2661.20 | 25135.40 |
| Sick Pay | 24.00 | 48.21 | 1330.60 | 7120.67 |
| Training Pay On Job | | | | 823.86 |
| Tuit Grad CityState-Any School | | | | 1521.67 |
| Vacation Pay | | | | 4648.83 |
| Total | 72.00 | | 3995.80 | 41637.36 |

Taxes

| Description | Current | Year to Date |
|-------------|---------|--------------|
| FEDERAL INCOME TAX | 655.55 | 6622.02 |
| MEDICARE TAX EE PAID | 55.51 | 566.04 |
| PA Unemployment EE | 2.80 | 29.15 |

| | | Current | Year to Date |
|---|---|---|---|
| PENNSYLVANIA STATE TAX | | 117.39 | 1242.53 |
| PHILADELPHIA TAX | | 138.47 | 1445.39 |
| SOCIAL SECURITY TAX - Employee | | 237.32 | 2420.30 |
| Total | | 1207.04 | 12325.43 |

Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 1.94 | 29.96 |
| *DC EE A Vanguard | 150.00 | 1650.00 |
| *Davis Prem Vision | 2.03 | 30.45 |
| *Delta Dental | 6.35 | 89.60 |
| *Penn Care | 157.72 | 928.63 |
| Total | 318.04 | 2728.64 |

Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Short Term Disability Post Tax | 21.69 | 295.76 |
| Supplemental Life Insurance | 24.51 | 331.64 |
| Vanguard 403(b) Loan 1 | 20.17 | 221.87 |
| Vanguard 403(b) Loan 2 | 15.69 | 172.59 |
| Total | 82.06 | 1021.86 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx5689 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5428 | BENEFICIAL SAVINGS BANK | 2009.66 |
| xxxxx4175 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx8714 | MEDIA MEMBERS FEDERAL CREDIT U | 375.00 |

UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

| | | |
|---|---|---|
| Number | | 3824453 |
| Check Date | | 11/10/2017 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Wanda Wilson                                                              **Net Pay  2391.97**
311 Hamilton Drive
Harleysville, PA 19438                                          NON-NEGOTIABLE
US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Wanda Wilson | ~~████~~ | 510157 | PMC | P4152 | 11/04/2017 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 84.00 | 4007.80 | 45645.16 |
| Total Deductions | | 1611.83 | 17687.76 |
| Total Net | | 2391.97 | 26346.18 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Additional Charge RN Pay | 12.00 | 1.00 | 12.00 | 25.05 |
| Bereavement Pay | | | | 387.59 |
| Imputed Income | | 4.00 | 4.00 | 89.55 |
| Legal Holiday | 3.87 | 48.21 | 214.56 | 975.49 |
| Personal Holiday | | | | 1139.81 |
| Regular Pay | 68.13 | 48.21 | 3777.24 | 28912.64 |
| Sick Pay | | | | 7120.67 |
| Training Pay On Job | | | | 823.86 |
| Tuit Grad CityState-Any School | | | | 1521.67 |
| Vacation Pay | | | | 4648.83 |
| Total | 84.00 | | 4007.80 | 45645.16 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 658.55 | 7280.57 |
| MEDICARE TAX EE PAID | 55.67 | 621.71 |
| PA Unemployment EE | 2.80 | 31.95 |

| | Current | Year to Date |
|---|---|---|
| PENNSYLVANIA STATE TAX | 117.76 | 1360.29 |
| PHILADELPHIA TAX | 138.89 | 1584.28 |
| SOCIAL SECURITY TAX - Employee | 238.06 | 2658.36 |
| Total | 1211.73 | 13537.16 |

Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 1.94 | 31.90 |
| *DC EE A Vanguard | 150.00 | 1800.00 |
| *Davis Prem Vision | 2.03 | 32.48 |
| *Delta Dental | 6.35 | 95.95 |
| *Penn Care | 157.72 | 1086.35 |
| Total | 318.04 | 3046.68 |

Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Short Term Disability Post Tax | 21.69 | 317.45 |
| Supplemental Life Insurance | 24.51 | 356.15 |
| Vanguard 403(b) Loan 1 | 20.17 | 242.04 |
| Vanguard 403(b) Loan 2 | 15.69 | 188.28 |
| Total | 82.06 | 1103.92 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx5689 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5428 | BENEFICIAL SAVINGS BANK | 2016.97 |
| xxxxx4175 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx8714 | MEDIA MEMBERS FEDERAL CREDIT U | 375.00 |

UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number          3845902
Check Date      11/24/2017

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Wanda Wilson
311 Hamilton Drive
Harleysville, PA 19438
US

**Net Pay  2511.74**

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Wanda Wilson | | 510157 | PMC | P4152 | 11/18/2017 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 96.00 | 4019.80 | 49664.96 |
| Total Deductions | | 1504.06 | 19191.82 |
| Total Net | | 2511.74 | 28857.92 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Additional Charge RN Pay | 24.00 | 1.00 | 24.00 | 49.05 |
| Bereavement Pay | | | | 387.59 |
| Imputed Income | | 4.00 | 4.00 | 93.55 |
| Legal Holiday | | | | 975.49 |
| Personal Holiday | | | | 1139.81 |
| Regular Pay | 72.00 | 48.21 | 3991.80 | 32904.44 |
| Sick Pay | | | | 7120.67 |
| Training Pay On Job | | | | 823.86 |
| Tuit Grad CityState-Any School | | | | 1521.67 |
| Vacation Pay | | | | 4648.83 |
| Total | 96.00 | | 4019.80 | 49664.96 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 699.05 | 7979.62 |
| MEDICARE TAX EE PAID | 55.85 | 677.56 |
| PA Unemployment EE | 2.82 | 34.77 |

| | PENNSYLVANIA STATE TAX | 118.13 | 1478.42 |
| | PHILADELPHIA TAX | 139.30 | 1723.58 |
| | SOCIAL SECURITY TAX - Employee | 238.81 | 2897.17 |
| | Total | 1253.96 | 14791.12 |

Pretax Deductions

| Description | | Current | Year to Date |
| --- | --- | --- | --- |
| *Accidental Death &Dismembrmnt | | 1.94 | 33.84 |
| *DC EE A Vanguard | | | 1800.00 |
| *Davis Prem Vision | | 2.03 | 34.51 |
| *Delta Dental | | 6.35 | 102.30 |
| *Penn Care | | 157.72 | 1244.07 |
| Total | | 168.04 | 3214.72 |

Aftertax Deductions

| Description | | Current | Year to Date |
| --- | --- | --- | --- |
| Short Term Disability Post Tax | | 21.69 | 339.14 |
| Supplemental Life Insurance | | 24.51 | 380.66 |
| Vanguard 403(b) Loan 1 | | 20.17 | 262.21 |
| Vanguard 403(b) Loan 2 | | 15.69 | 203.97 |
| Total | | 82.06 | 1185.98 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
| --- | --- | --- | --- |
| xxxxx5689 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5428 | BENEFICIAL SAVINGS BANK | 2136.74 |
| xxxxx4175 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx8714 | MEDIA MEMBERS FEDERAL CREDIT U | 375.00 |

UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

| | | |
|---|---|---|
| Number | | 3867605 |
| Check Date | | 12/08/2017 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Wanda Wilson                                              **Net Pay  2497.17**
311 Hamilton Drive
Harleysville, PA 19438                                    NON-NEGOTIABLE
US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Wanda Wilson | | 510157 | PMC | P4152 | 12/02/2017 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 72.00 | 3995.80 | 53660.76 |
| Total Deductions | | 1494.63 | 20686.45 |
| Total Net | | 2497.17 | 31355.09 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Additional Charge RN Pay | | | | 49.05 |
| Bereavement Pay | | | | 387.59 |
| Imputed Income | | 4.00 | 4.00 | 97.55 |
| Legal Holiday | 17.73 | 48.21 | 982.98 | 1958.47 |
| Personal Holiday | | | | 1139.81 |
| Regular Pay | 36.00 | 48.21 | 1995.90 | 34900.34 |
| Sick Pay | | | | 7120.67 |
| Training Pay On Job | | | | 823.86 |
| Tuit Grad CityState-Any School | | | | 1521.67 |
| Vacation Pay | 18.27 | 48.21 | 1012.92 | 5661.75 |
| Total | 72.00 | | 3995.80 | 53660.76 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 693.05 | 8672.67 |
| MEDICARE TAX EE PAID | 55.51 | 733.07 |
| PA Unemployment EE | 2.79 | 37.56 |

| | Current | Year to Date |
|---|---|---|
| PENNSYLVANIA STATE TAX | 117.39 | 1595.81 |
| PHILADELPHIA TAX | 138.47 | 1862.05 |
| SOCIAL SECURITY TAX - Employee | 237.32 | 3134.49 |
| Total | 1244.53 | 16035.65 |

Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 1.94 | 35.78 |
| *DC EE A Vanguard | | 1800.00 |
| *Davis Prem Vision | 2.03 | 36.54 |
| *Delta Dental | 6.35 | 108.65 |
| *Penn Care | 157.72 | 1401.79 |
| Total | 168.04 | 3382.76 |

Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Short Term Disability Post Tax | 21.69 | 360.83 |
| Supplemental Life Insurance | 24.51 | 405.17 |
| Vanguard 403(b) Loan 1 | 20.17 | 282.38 |
| Vanguard 403(b) Loan 2 | 15.69 | 219.66 |
| Total | 82.06 | 1268.04 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx5689 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5428 | BENEFICIAL SAVINGS BANK | 2122.17 |
| xxxxx4175 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx8714 | MEDIA MEMBERS FEDERAL CREDIT U | 375.00 |

UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number      3889161
Check Date      12/22/2017

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Wanda Wilson
311 Hamilton Drive
Harleysville, PA 19438
US

**Net Pay  2590.35**

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Wanda Wilson | | 510157 | PMC | P4152 | 12/16/2017 |

Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 72.97 | 4049.57 | 57710.33 |
| Total Deductions | | 1455.22 | 22141.67 |
| Total Net | | 2590.35 | 33945.44 |

Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Additional Charge RN Pay | | | | 49.05 |
| Bereavement Pay | | | | 387.59 |
| Imputed Income | | 4.00 | 4.00 | 101.55 |
| Legal Holiday | | | | 1958.47 |
| Personal Holiday | | | | 1139.81 |
| Regular Pay | 60.97 | 48.21 | 3380.27 | 38280.61 |
| Sick Pay | | | | 7120.67 |
| Training Pay On Job | | | | 823.86 |
| Tuit Grad CityState-Any School | | | | 1521.67 |
| Vacation Pay | 12.00 | 48.21 | 665.30 | 6327.05 |
| Total | 72.97 | | 4049.57 | 57710.33 |

Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 731.82 | 9404.49 |
| MEDICARE TAX EE PAID | 57.67 | 790.74 |
| PA Unemployment EE | 2.84 | 40.40 |

| | Current | Year to Date |
|---|---|---|
| PENNSYLVANIA STATE TAX | 121.99 | 1717.80 |
| PHILADELPHIA TAX | 140.33 | 2002.38 |
| SOCIAL SECURITY TAX - Employee | 246.62 | 3381.11 |
| Total | 1301.27 | 17336.92 |

Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 1.94 | 37.72 |
| *DC EE A Vanguard | | 1800.00 |
| *Davis Prem Vision | 2.03 | 38.57 |
| *Delta Dental | 6.35 | 115.00 |
| *Penn Care | 61.57 | 1463.36 |
| Total | 71.89 | 3454.65 |

Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Short Term Disability Post Tax | 21.69 | 382.52 |
| Supplemental Life Insurance | 24.51 | 429.68 |
| Vanguard 403(b) Loan 1 | 20.17 | 302.55 |
| Vanguard 403(b) Loan 2 | 15.69 | 235.35 |
| Total | 82.06 | 1350.10 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx5689 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5428 | BENEFICIAL SAVINGS BANK | 2215.35 |
| xxxxx4175 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx8714 | MEDIA MEMBERS FEDERAL CREDIT U | 375.00 |

UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number        3910924
Check Date    01/05/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Wanda Wilson
311 Hamilton Drive
Harleysville, PA 19438
US

**Net Pay  2511.75**

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|------|---------------|-----------------|---------------|------------|------------|
| Wanda Wilson | | 510157 | PMC | P4152 | 12/30/2017 |

## Summary

| Description | Hours | Current | Year to Date |
|-------------|-------|---------|--------------|
| Total Gross | 96.00 | 4019.80 | 4019.80 |
| Total Deductions | | 1504.05 | 1504.05 |
| Total Net | | 2511.75 | 2511.75 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|-------------|-------|------|---------|--------------|
| Additional Charge RN Pay | 24.00 | 1.00 | 24.00 | 24.00 |
| Imputed Income | | 4.00 | 4.00 | 4.00 |
| Personal Holiday | 12.00 | 48.21 | 665.30 | 665.30 |
| Regular Pay | 48.00 | 48.21 | 2661.20 | 2661.20 |
| Vacation Pay | 12.00 | 48.21 | 665.30 | 665.30 |
| Total | 96.00 | | 4019.80 | 4019.80 |

## Taxes

| Description | Current | Year to Date |
|-------------|---------|--------------|
| FEDERAL INCOME TAX | 699.05 | 699.05 |
| MEDICARE TAX EE PAID | 55.85 | 55.85 |
| PA Unemployment EE | 2.81 | 2.81 |
| PENNSYLVANIA STATE TAX | 118.13 | 118.13 |
| PHILADELPHIA TAX | 139.30 | 139.30 |
| SOCIAL SECURITY TAX - Employee | 238.81 | 238.81 |
| Total | 1253.95 | 1253.95 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 1.94 | 1.94 |
| *Davis Prem Vision | 2.03 | 2.03 |
| *Delta Dental | 6.35 | 6.35 |
| *Penn Care | 157.72 | 157.72 |
| Total | 168.04 | 168.04 |

Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Short Term Disability Post Tax | 21.69 | 21.69 |
| Supplemental Life Insurance | 24.51 | 24.51 |
| Vanguard 403(b) Loan 1 | 20.17 | 20.17 |
| Vanguard 403(b) Loan 2 | 15.69 | 15.69 |
| Total | 82.06 | 82.06 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx5689 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5428 | BENEFICIAL SAVINGS BANK | 2136.75 |
| xxxxx4175 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx8714 | MEDIA MEMBERS FEDERAL CREDIT U | 375.00 |

UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number          3932615
Check Date      01/19/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Wanda Wilson
311 Hamilton Drive
Harleysville, PA 19438
US

**Net Pay  2572.03**

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|------|--------------|-----------------|---------------|------------|------------|
| Wanda Wilson | ~~████~~ | 510157 | PMC | P4152 | 01/13/2018 |

## Summary

| Description | Hours | Current | Year to Date |
|-------------|-------|---------|--------------|
| Total Gross | 85.63 | 4118.48 | 8138.28 |
| Total Deductions | | 1542.45 | 3046.50 |
| Total Net | | 2572.03 | 5083.78 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|-------------|-------|------|---------|--------------|
| Additional Charge RN Pay | 12.00 | 1.00 | 12.00 | 36.00 |
| Imputed Income | | 4.00 | 4.00 | 8.00 |
| Personal Holiday | | | | 665.30 |
| Regular Pay | 73.63 | 48.45 | 4102.48 | 6763.68 |
| Vacation Pay | | | | 665.30 |
| Total | 85.63 | | 4118.48 | 8138.28 |

## Taxes

| Description | Current | Year to Date |
|-------------|---------|--------------|
| FEDERAL INCOME TAX | 724.19 | 1423.24 |
| MEDICARE TAX EE PAID | 57.28 | 113.13 |
| PA Unemployment EE | 2.07 | 4.88 |
| PENNSYLVANIA STATE TAX | 121.16 | 239.29 |
| PHILADELPHIA TAX | 142.72 | 282.02 |
| SOCIAL SECURITY TAX - Employee | 244.93 | 483.74 |
| Total | 1292.35 | 2546.30 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 1.94 | 3.88 |
| *Davis Prem Vision | 2.03 | 4.06 |
| *Delta Dental | 6.35 | 12.70 |
| *Penn Care | 157.72 | 315.44 |
| Total | 168.04 | 336.08 |

Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Short Term Disability Post Tax | 21.69 | 43.38 |
| Supplemental Life Insurance | 24.51 | 49.02 |
| Vanguard 403(b) Loan 1 | 20.17 | 40.34 |
| Vanguard 403(b) Loan 2 | 15.69 | 31.38 |
| Total | 82.06 | 164.12 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx5689 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5428 | BENEFICIAL SAVINGS BANK | 2197.03 |
| xxxxx4175 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx8714 | MEDIA MEMBERS FEDERAL CREDIT U | 375.00 |

UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

| Number | 3954497 |
| Check Date | 02/02/2018 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Wanda Wilson
311 Hamilton Drive
Harleysville, PA 19438
US

**Net Pay  2475.43**

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|------|---------------|-----------------|---------------|------------|------------|
| Wanda Wilson | | 510157 | PMC | P4152 | 01/27/2018 |

## Summary

| Description | Hours | Current | Year to Date |
|-------------|-------|---------|--------------|
| Total Gross | 72.00 | 4015.66 | 12153.94 |
| Total Deductions | | 1536.23 | 4582.73 |
| Total Net | | 2475.43 | 7559.21 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|-------------|-------|------|---------|--------------|
| Additional Charge RN Pay | | | | 36.00 |
| Imputed Income | | 4.00 | 4.00 | 12.00 |
| Personal Holiday | | | | 665.30 |
| Regular Pay | 72.00 | 48.45 | 4011.66 | 10775.34 |
| Vacation Pay | | | | 665.30 |
| Total | 72.00 | | 4015.66 | 12153.94 |

## Taxes

| Description | Current | Year to Date |
|-------------|---------|--------------|
| FEDERAL INCOME TAX | 722.32 | 2145.56 |
| MEDICARE TAX EE PAID | 57.19 | 170.32 |
| PA Unemployment EE | 2.41 | 7.29 |
| PENNSYLVANIA STATE TAX | 120.95 | 360.24 |
| PHILADELPHIA TAX | 139.16 | 421.18 |
| SOCIAL SECURITY TAX - Employee | 244.51 | 728.25 |
| Total | 1286.54 | 3832.84 |

Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 1.94 | 5.82 |
| *Davis Prem Vision | 2.03 | 6.09 |
| *Delta Dental | 6.35 | 19.05 |
| *Penn Care | 61.57 | 377.01 |
| Total | 71.89 | 407.97 |

Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Short Term Disability Post Tax | 21.69 | 65.07 |
| Supplemental Life Insurance | 120.25 | 169.27 |
| Vanguard 403(b) Loan 1 | 20.17 | 60.51 |
| Vanguard 403(b) Loan 2 | 15.69 | 47.07 |
| Total | 177.80 | 341.92 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx5689 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5428 | BENEFICIAL SAVINGS BANK | 2100.43 |
| xxxxx4175 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx8714 | MEDIA MEMBERS FEDERAL CREDIT U | 375.00 |

UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number      3976271
Check Date   02/16/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Wanda Wilson
311 Hamilton Drive
Harleysville, PA 19438
US

**Net Pay  2621.25**

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Wanda Wilson | ~~████~~ | 510157 | PMC | P4152 | 02/10/2018 |

Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 96.72 | 4079.78 | 16233.72 |
| Total Deductions | | 1454.53 | 6037.26 |
| Total Net | | 2621.25 | 10180.46 |

Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Additional Charge RN Pay | 24.00 | 1.00 | 24.00 | 60.00 |
| Imputed Income | | 4.00 | 4.00 | 16.00 |
| Personal Holiday | | | | 665.30 |
| Regular Pay | 72.72 | 48.45 | 4051.78 | 14827.12 |
| Vacation Pay | | | | 665.30 |
| Total | 96.72 | | 4079.78 | 16233.72 |

Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 631.49 | 2777.05 |
| MEDICARE TAX EE PAID | 58.11 | 228.43 |
| PA Unemployment EE | 2.45 | 9.74 |
| PENNSYLVANIA STATE TAX | 122.92 | 483.16 |
| PHILADELPHIA TAX | 141.38 | 562.56 |
| SOCIAL SECURITY TAX - Employee | 248.49 | 976.74 |
| Total | 1204.84 | 5037.68 |

Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 1.94 | 7.76 |
| *Davis Prem Vision | 2.03 | 8.12 |
| *Delta Dental | 6.35 | 25.40 |
| *Penn Care | 61.57 | 438.58 |
| Total | 71.89 | 479.86 |

Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Short Term Disability Post Tax | 21.69 | 86.76 |
| Supplemental Life Insurance | 120.25 | 289.52 |
| Vanguard 403(b) Loan 1 | 20.17 | 80.68 |
| Vanguard 403(b) Loan 2 | 15.69 | 62.76 |
| Total | 177.80 | 519.72 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx5689 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5428 | BENEFICIAL SAVINGS BANK | 2246.25 |
| xxxxx4175 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx8714 | MEDIA MEMBERS FEDERAL CREDIT U | 375.00 |

UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number       3997966
Check Date    03/02/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Wanda Wilson
311 Hamilton Drive
Harleysville, PA 19438
US

**Net Pay  2551.89**

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|------|---------------|-----------------|---------------|------------|------------|
| Wanda Wilson | ~~██~~ | 510157 | PMC | P4152 | 02/24/2018 |

## Summary

| Description | Hours | Current | Year to Date |
|-------------|-------|---------|--------------|
| Total Gross | 72.00 | 4015.66 | 20249.38 |
| Total Deductions | | 1459.77 | 7497.03 |
| Total Net | | 2551.89 | 12732.35 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|-------------|-------|------|---------|--------------|
| Additional Charge RN Pay | | | | 60.00 |
| Imputed Income | | 4.00 | 4.00 | 20.00 |
| Personal Holiday | | | | 665.30 |
| Regular Pay | 60.00 | 48.45 | 3343.05 | 18170.17 |
| Sick Pay | 12.00 | 48.45 | 668.61 | 668.61 |
| Vacation Pay | | | | 665.30 |
| Total | 72.00 | | 4015.66 | 20249.38 |

## Taxes

| Description | Current | Year to Date |
|-------------|---------|--------------|
| FEDERAL INCOME TAX | 601.28 | 3378.33 |
| MEDICARE TAX EE PAID | 56.29 | 284.72 |
| PA Unemployment EE | 2.41 | 12.15 |
| PENNSYLVANIA STATE TAX | 119.05 | 602.21 |
| PHILADELPHIA TAX | 139.16 | 701.72 |
| SOCIAL SECURITY TAX - Employee | 240.68 | 1217.42 |
| Total | 1158.87 | 6196.55 |

Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 13.40 | 21.16 |
| *Davis Prem Vision | 16.24 | 24.36 |
| *Delta Dental | 42.45 | 67.85 |
| *Penn Care | 61.57 | 500.15 |
| Total | 133.66 | 613.52 |

Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Short Term Disability Post Tax | 106.87 | 193.63 |
| Supplemental Life Insurance | 24.51 | 314.03 |
| Vanguard 403(b) Loan 1 | 20.17 | 100.85 |
| Vanguard 403(b) Loan 2 | 15.69 | 78.45 |
| Total | 167.24 | 686.96 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx5689 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5428 | BENEFICIAL SAVINGS BANK | 2176.89 |
| xxxxx4175 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx8714 | MEDIA MEMBERS FEDERAL CREDIT U | 375.00 |

Pay Stub                                                                                                        Page 1 of 2

**UPHS**                                                                Number        4019862
3400 Spruce Street                                                      Check Date   03/16/2018
Philadelphia, PA 19104 United States of America

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Wanda Wilson                                                           **Net Pay  2677.30**
311 Hamilton Drive
Harleysville, PA 19438                                                 NON-NEGOTIABLE
US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|------|---------------|-----------------|---------------|------------|------------|
| Wanda Wilson | | 510157 | PMC | P4152 | 03/10/2018 |

## Summary

| Description | Hours | Current | Year to Date |
|-------------|-------|---------|--------------|
| Total Gross | 84.00 | 4015.52 | 24264.90 |
| Total Deductions | | 1334.22 | 8831.25 |
| Total Net | | 2677.30 | 15409.65 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|-------------|-------|------|---------|--------------|
| Additional Charge RN Pay | 12.00 | 1.00 | 12.00 | 72.00 |
| Imputed Income | | 4.00 | 4.00 | 24.00 |
| Personal Holiday | 9.93 | 48.45 | 553.27 | 1218.57 |
| Regular Pay | 49.67 | 48.45 | 2755.35 | 20925.52 |
| Sick Pay | | | | 668.61 |
| Vacation Pay | 12.40 | 48.45 | 690.90 | 1356.20 |
| Total | 84.00 | | 4015.52 | 24264.90 |

## Taxes

| Description | Current | Year to Date |
|-------------|---------|--------------|
| FEDERAL INCOME TAX | 616.07 | 3994.40 |
| MEDICARE TAX EE PAID | 57.18 | 341.90 |
| PA Unemployment EE | 2.41 | 14.56 |
| PENNSYLVANIA STATE TAX | 120.95 | 723.16 |
| PHILADELPHIA TAX | 139.15 | 840.87 |
| SOCIAL SECURITY TAX - Employee | 244.51 | 1461.93 |
| Total | 1180.27 | 7376.82 |

Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 1.94 | 23.10 |
| *Davis Prem Vision | 2.03 | 26.39 |
| *Delta Dental | 6.35 | 74.20 |
| *Penn Care | 61.57 | 561.72 |
| Total | 71.89 | 685.41 |

Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Short Term Disability Post Tax | 21.69 | 215.32 |
| Supplemental Life Insurance | 24.51 | 338.54 |
| Vanguard 403(b) Loan 1 | 20.17 | 121.02 |
| Vanguard 403(b) Loan 2 | 15.69 | 94.14 |
| Total | 82.06 | 769.02 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx5689 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5428 | BENEFICIAL SAVINGS BANK | 2302.30 |
| xxxxx4175 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx8714 | MEDIA MEMBERS FEDERAL CREDIT U | 375.00 |