IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Wanda D Wilson | : | No. 18-12296- jkf |
| Debtor | | |

CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 3015.1

   I, David M. Offen, Esquire, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's Chapter 13 Plan has been served on all priority, secured and unsecured creditors or their counsel.

Date: April 17, 2018        /s/ David M. Offen
                                      David M. Offen
                                      Attorney for Debtor(s)