UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

WANDA  D  WILSON

                                             : Bankruptcy No. 18-12296JKF
Debtor(s)                   : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Jean K. FitzSimon*

Jean K. FitzSimon, B. J.

**Date: August 16, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DAVID M OFFEN ESQ
THE CURTIS CENTER STE 160W
601 WALNUT STREET
PHILADELPHIA PA 19106-

WANDA  D  WILSON
311 HAMILTON DRIVE
HARLEYSVILLE,PA.19438