United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-12296-jkf
Wanda D Wilson                                                  Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Antoinett        Page 1 of 2             Date Rcvd: Aug 16, 2018
                              Form ID: pdf900        Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2018.
```
db             +Wanda D Wilson,    311 Hamilton Drive,    Harleysville, PA 19438-2148
cr             +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
14110865       +Access Credit Union,    f/k/a NBA Credit Union,    23 Commerce Circle,    Bristol, PA 19007-3111
14085927       +Aes/pheaa-keycon,    Po Box 61047,    Harrisburg, PA 17106-1047
14085928       +Apothaker & Associates, P.C.,    520 Fellowship Road, C306,    Mount Laurel, NJ 08054-3410
14085932       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14112992       +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
14085935       +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
14122196        UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                 MADISON, WI 53708-8973
14085938       +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 Interanational Lane,
                 Madison, WI 53704-3121
14085934        philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 17 2018 02:14:35     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 17 2018 02:14:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 17 2018 02:14:24     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2018 02:16:02     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14085929       +E-mail/Text: bankruptcy@cavps.com Aug 17 2018 02:14:22     Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14096728       +E-mail/Text: bankruptcy@cavps.com Aug 17 2018 02:14:23     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14106855        E-mail/Text: mrdiscen@discover.com Aug 17 2018 02:13:54     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14085930       +E-mail/Text: mrdiscen@discover.com Aug 17 2018 02:13:54     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14085931       +E-mail/Text: bankruptcy.bnc@ditech.com Aug 17 2018 02:13:59     Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
14122892        E-mail/Text: bankruptcy.bnc@ditech.com Aug 17 2018 02:13:59     Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
14087320       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2018 02:26:21
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14085936       +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2018 02:15:46     Synchrony Bank/Sams,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14085940        E-mail/Text: megan.harper@phila.gov Aug 17 2018 02:14:35     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14085933        Media Members Federal
14085937*      +Synchrony Bank/Sams,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14085939*      +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 Interanational Lane,
                 Madison, WI 53704-3121
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Aug 16, 2018
                              Form ID: pdf900              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Wanda D Wilson dmo160west@gmail.com,   davidoffenecf@gmail.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :

WANDA  D  WILSON

                                                  : Bankruptcy No. 18-12296JKF
         Debtor(s)                                : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: August 16, 2018**

Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DAVID M OFFEN ESQ
THE CURTIS CENTER STE 160W
601 WALNUT STREET
PHILADELPHIA PA 19106-

WANDA  D  WILSON
311 HAMILTON DRIVE
HARLEYSVILLE,PA.19438